**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RXSTRATEGIES, INC.,

    Plaintiff,

v.                                      Case No. 8:18-cv-1087-T-30TGW

CVS PHARMACY, INC. and
WELLPARTNER, LLC,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL

Plaintiff, RxStrategies, Inc., and Defendants, CVS Pharmacy, Inc. and Wellpartner, LLC, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate that this action is dismissed, with prejudice, with each Party to bear its own fees and costs.

Dated: April 28, 2020                              Respectfully submitted,

| | |
|---|---|
| /s/ Ryan J. Leuthauser | /s/ Jonathan B. Pitt |
| Gregory P. Brown (FBN: 98760) | Ellen K. Lyons (FBN: 57819) |
| gregory.brown@hwhlaw.com | elyons@cfjblaw.com |
| ann-marie.hallett@hwhlaw.com | CARLTON FIELDS JORDEN BURT |
| Ryan J. Leuthauser (FBN: 99517) | 4221 W. Boy Scout Blvd. |
| ryan.leuthauser@hwhlaw.com | Suite 1000 |
| sharon.donofrio@hwhlaw.com | Tampa, FL 33607 |
| Tori C. Simmons (FBN: 107081) | Tel: 813-229-4327 |
| tori.simmons@hwhlaw.com | Fax: 813-229-4133 |
| lee.casteris@hwhlaw.com | |
| HILL WARD HENDERSON | Michael G. Cowie (*pro hac vice*) |
| Post Office Box 2231 | Michael.cowie@dechert.com |
| Tampa, FL 33601 | DECHERT LLP |
| Tel: 813-221-3900 | 1900 K Street, NW |
| Fax: 813-221-2900 | Washington, D.C. 20006 |
| *Counsel for Plaintiff* | Tel: 202-261-3339 |
| | Fax: 202-261-3333 |

Enu A. Mainigi *(pro hac vice)*
emainigi@wc.com
Jonathan B. Pitt *(pro hac vice)*
jpitt@wc.com
Katherine A. Trefz *(pro hac vice)*
ktrefz@wc.com
Tom W. Ryan *(pro hac vice)*
tryan@wc.com
Williams & Connolly LLP
725 12th Street, NW
Washington, D.C. 20005
Tel: 202-434-5341
Fax: 202-434-5029

*Counsel for Defendants*